UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
           -v-                                                :         19-CR-388 (LJL)
                                                                  :
ROHANASIA LUTAS,                                                  :         <u>ORDER</u>
                                                                  :
           Defendant.                                         :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case has been reassigned to the undersigned. It is hereby ordered that by no later than April 11, 2022, the parties are to submit a joint letter to the Court advising of the status of the matter and of any pending deadlines.


      SO ORDERED.

Dated: April 4, 2022
       New York, New York
                                                                       LEWIS J. LIMAN
                                                       United States District Judge